MURIEL STONE, Respondent, *v.* SEYMOUR STONE, Appellant.

Argued October 19, 1950; decided November 22, 1950.

*Paxton Blair* and *Edward L. Cole* for appellant.

*Edward H. Kahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.